AARON D. FORD
 Attorney General
MELANIE M. PETTWAY (Bar No. 15480C)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-7629 (phone)
(702) 486-3773 (fax)
Email: mpettway@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIN ACKERMAN,<br><br>        Plaintiff,<br><br>v.<br><br>MOSKOFF, *et al.*,<br><br>        Defendants | Case No. 3:22-cv-00555-MMD-CSD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Jin Ackerman, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Melanie M. Pettway, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

1
2
3  DATED this 10th day of March, 2023.        DATED this 10th day of March, 2023
4
                                              AARON D. FORD
5                                             Attorney General

6  By:/s/ Jin Ackerman                        By: /s/ Melanie M. Pettway
   JIN ACKERMAN                               MELANIE M. PETTWAY (Bar No. 15480C)
7  Plaintiff                                  Deputy Attorney General
                                              *Attorneys for Defendant*
8
9
10
11                              **ORDER**

12         **IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the
13  Clerk is directed to close the case.

14                                  DATED _____July 27_____, 2023.
15
16                                          _____
17                                          UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on May 9, 2023, I electronically filed the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically.

>Jin Ackerman, #1189373
>Ely State Prison
>P. O. Box 1989
>Ely, NV 89301

/s/ Campbell
An employee of the
Office of the Attorney General